**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

|                           | §  |                             |
|---------------------------|----|-----------------------------|
| JUAN MOLINA,              | §  |                             |
|                           | §  |                             |
| Plaintiff,                | §  |                             |
| v.                        | §  | Civil Action No. C-05-327   |
|                           | §  |                             |
| EQUISTAR CHEMICALS, L.P., | §  |                             |
|                           | §  |                             |
| Defendant.                | §  |                             |
|                           | §  |                             |

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, the Court enters final judgment against Plaintiff.  Plaintiff's action is hereby DISMISSED.

SIGNED and ENTERED the 30th day of June, 2006.


_____
Janis Graham Jack
United States District Judge